# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:  
**Vickie Michelle Lewis,**  
   Debtor.

Case No.: 23–10908–SDB

Judge: Susan D. Barrett

Chapter: 13

## NOTICE OF DEFICIENCY

Shirley Hutto  
199 Hightower Dr.  
Martinez, GA 30907

The pleading or document, Motion for Relief from Stay Fee (docket 12), which you recently filed in the above captioned case is deficient for the reason(s) indicated:

> \* Fee not paid. See below for the amount of fee due. Checks and money orders must be payable to Clerk, U.S. Bankruptcy Court. Debtor checks are not accepted. Attorney filers shall pay electronically through Pay.gov.
>
> \*The motion must includes a physical address and/or legal description of the subject property.  
> \*Filing fee of $188.00 is due.

The pleading or document will be held in abeyance. If the deficiency indicated above is not cured, ***on or before December 8, 2023,*** the matter may be stricken, dismissed or denied.

*Dana M. Wilson, Acting Clerk*  
United States Bankruptcy Court  
Federal Justice Center  
600 James Brown Blvd  
P.O. Box 1487  
Augusta, GA 30903

Dated: **December 1, 2023**  
*B−57[04/20]* ***CCB***