Vickie Michelle Lewis

4386 A West Maysfield Drive

Augusta, Ga. 30909-9646

Chapter 13

FILED - US Bankruptcy Court - AUG
2023 DEC 11 AM9:54

AMENDED

## Motion For Relief From Stay

the Physical Address for property is 4386A West Maysfield Dr. Augusta, Ga 30909

I am requesting Vickie Michelle Lewis a motion for Relief from Stay. I went to Col.Cty magistrate Court and filed an eviction. Ms. Lewis was served by the magistrate on November 9, 2023. On Nov. 16 she filed with bankruptcy Court an order for stay on Nov. 16, 23. This is the Second time ms. Lewis has done this to me in Court. I have tried to work with her but financially she has put me in a severe hardship. My husband and I both are in our 80's. I am 82 yrs. old and this causes so much stress.

I have kept Ms. Lewis rent at $850 a month to be Compassionate, even though I pay the water bill at her unit. I can't do this anymore. She owes 5 months of back rent now.

Last time we went to bankruptcy court I didn't end up getting all the money. I am afraid this will happen again, but honestly I want her out so I can rent to a person that is a person of their word. It's not fair for her to do this and take advantage of us. We worked for over 40 years in a plumbing business and worked hard.

I appreciate this Courts time and consideration.

Ms. Lewis back rent is

Rent $850 x 5 mo. = $4250

Penalty $50 x 5 mo. = + $250 Penalty

$4,500 Total

Mrs. Shirley Hutto
Hutto's Dupleves
199 Hightower Dr.
Martinez, Ga 30907
706-829-6698
706-339-5721

Shirley Hutto

**MARSHAL'S ENTRY OF SERVICE**

Columbia County Magistrate Court
640 Ronald Reagan Drive
PO Box 777
Evans, Georgia 30809

Civil Action No. **2023-SCD-3372**

Date Filed **November 7, 2023**

Attorney's Address

Name and Address of Party to be Served.

**Vickie Lewis**
**4386 A W. Maysfield Dr**
**Augusta, GA 30909**

**Shirley Hutto** _____

_____
_____ Plaintiff

vs

**Vickie Lewis** _____

_____
_____ Defendant

_____
_____
_____ Garnishee

## MARSHAL'S ENTRY OF SERVICE

**PERSONAL**
☑ I have this day served the defendant ___*Vickie Lewis*___ personally with a copy of the action and summons.

**NOTORIOUS**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows: age, about_____ years; weight, about_____ pounds; height, about _____ feet and _____ inches, domiciled at the residence of defendant.

**CORPORATION**
☐ Served the defendant_____ a corporation by leaving a copy of the within action and summons with _____ in charge of the office and place of doing business of said Corporation in this County.

**TACK & MAIL**
☐ I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**NON EST**
☐ Diligent search made and defendant is not to be found in the jurisdiction of this Court.
     ☐ Address not in Columbia County.     ☐ Subject does not live at this location.

☑ Must file a response with the Court within 7 days of date of service.

This **7** day of **November**, 20**23**.

_____
DEPUTY MARSHAL