IN THE UNITED STATES BANKRUTPCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | |
| VICKIE MICHELLE LEWIS, ) | |
|     Debtor. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | Chapter 13 Case No. |
| ) | 23-10908 |
| BELAIR DUPLEXES, LLC, ) | |
|     Movant, ) | |
| ) | |
| v. ) | |
| ) | |
| VICKIE MICHELLE LEWIS, ) | |
|     Debtor. ) | |

## ENTRY OF APPEARANCE

NOW COMES, Bowen A. Klosinski, as counsel for Shirley Hutto and Hutto Duplexes, LLC, and files this entry of appearance and requests for notice on behalf of Shirley Hutto and Hutoo Duplexes, LLC.

Dated: January 4, 2024.

                                                /s/ Bowen A. Klosinski
                                                Bowen A. Klosinski
                                                Georgia Bar No. 842225
                                                Attorney for Movant

KLOSINSKI OVERSTREET, LLP
1229 Augusta West Parkway
Augusta, Georgia 30909
706-863-2255